

# NUMBER 13-21-00116-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

HOLLAND D. JONES,                                                          Appellant,

v.

ANGELA THOMAS, INDIVIDUALLY,
MIKE TISDALE, INDIVIDUALLY AND
ASPECT BUILDING & DEVELOPMENT
GROUP, LLC,                                                               Appellees.

On appeal from the 458th District Court
of Fort Bend County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Contreras and Justices Hinojosa and Silva
Memorandum Opinion by Justice Silva

This matter is before the Court on its own motion.[1] On October 15, 2021, the Clerk of the Court notified appellant that, pursuant to Tex. R. App. P. 38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten days, appellant provided reasonable explanation for his failure to timely file a brief. Appellant failed to respond to the notice and has not filed a brief.

Appellant has neither reasonably explained his failure to file a motion for extension of time nor filed his brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

CLARISSA SILVA
Justice

Delivered and filed on the
18th day of November, 2021.

---

[1] This case is before the Court on transfer from the First Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.